FILED

2015 JUN 18 PM 1:27

TERRI PIRTLE WILLARD
RUSK COUNTY DISTRICT CLERK

_____ DEPUTY

Cause No. CR15-075

STATE OF TEXAS                §        IN THE DISTRICT COURT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/22/2015 11:03:27 AM
DEBBIE AUTREY
Clerk

V.                            §        4TH JUDICIAL DISTRICT

JOSEPH STREHL                 §        RUSK COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOSEPH STREHL, Defendant, in the above-styled and numbered cause, and files this Notice of Appeal and would show the court the following:

On June 16, 2015, Defendant was convicted by a jury for the offense of Driving While Intoxicated Third or More in the above-referenced cause number. On June 17, 2015, the same jury assessed punishment of Defendant at 18 years and a $7,000 fine. The Court subsequently pronounced judgment and sentenced Defendant to TDCJ for 18 years and a $7,000 fine.

Defendant desires to appeal the aforementioned conviction and sentence. As such, Defendant files this Notice of Appeal in this cause.

Additionally, Defendant requests that the Court appoint an attorney to represent him on appeal.

Respectfully Submitted,

Joseph Leo Strehl III

JOSEPH STREHL